UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AYMIE LYNNE HARRIS,

    Plaintiff,

v.                                            Case No. 6:21-cv-2107-NPM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

Before the court is the Commissioner's unopposed motion for entry of judgment with reversal and remand (Doc. 20), which is **GRANTED**. Accordingly, the CLERK is directed to terminate any pending motions, cancel all deadlines and scheduled events, and close the file after entering judgment in favor of plaintiff and remanding this matter to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for a further evaluation of plaintiff's claims—such as the issue of medical improvement—and an opportunity for plaintiff to obtain a new hearing before, and a new decision from, an ALJ.[1]

**ORDERED** on April 7, 2022.

_Nicholas P. Mizell_
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

---

[1] If plaintiff prevails in this action on remand, plaintiff must comply with the order entered on November 14, 2012, in Misc. No. 6:12-mc-124-Orl-22.